PD-0077-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/11/2015 11:24:46 AM
Accepted 9/11/2015 11:30:43 AM
ABEL ACOSTA
CLERK



OFFICE OF
# STATE PROSECUTING ATTORNEY
P.O. BOX 13046
CAPITOL STATION
AUSTIN, TX 78711
(512) 463-1660

LISA C. MCMINN
STATE PROSECUTING ATTORNEY

JOHN R. MESSINGER
ASST. STATE PROSECUTING ATTORNEY

STACEY M. GOLDSTEIN
ASST. STATE PROSECUTING ATTORNEY

September 11, 2015

Honorable Abel Acosta
Clerk of the Court
P.O. Box 12308; Capitol Station
Austin, Texas 78711

Re:     PD-0077-14
        *Steven Cole v. The State of Texas*

Dear Mr. Acosta:

Oral Argument has been granted for the above referenced case.  This letter serves as notice that I will be in attendance to argue on Wednesday, September 16, 2015.

                    Respectfully Submitted,

                    /s/ John R. Messinger
                    JOHN R. MESSINGER
                    Assistant State Prosecuting Attorney
                    Bar I.D. No. 24053705

                    P.O. Box 13046
                    Austin, Texas 78711
                    information@spa.texas.gov
                    512-463-1660 (Telephone)
                    512-463-5724 (Fax)

cc:     Hon. Zan Colson Brown          zan.brown@co.gregg.tx.us
        Hon. Ebb Mobley                ebbmob@aol.com